IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS' LOCAL UNION NO. 177 HEALTH AND WELFARE FUND, and SHEET METAL WORKERS' LOCAL UNION NO. 177 PENSION FUND, | ) ) ) ) ) | Civil No. 3:10-0614 Judge Trauger |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WILLIAM JOSEPH EADS, JR., d/b/a Southern Sheet Metal, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

This case is set for an initial case management conference on August 19, 2010, but the defendant has not entered an appearance nor answered the Complaint. The docket indicates that the defendant was served with process on June 25, 2010. (Docket No. 4) It is hereby **ORDERED** that the initial case management conference is **CONTINUED** and **RESET** for September 27, 2010 at 1:15 p.m., in order to give the plaintiff an opportunity to apply for the entry of default against the defendant.

It is so **ORDERED**.

ENTER this 16th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge